UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
PM GROUP, INC.,
                                  :

        Plaintiff,               **ORDER**
                                  :

    -against-                 09 Civ. 3238 (RWS)(MHD)
                                  :

GLORIA ROSENBERG, et al.,     :

                                  :
        Defendants.
----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/16/09]

    It is hereby

    **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, JULY 27, 2009 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

    1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

1

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

**Dated: New York, New York**
       **July 16, 2009**

SO ORDERED.

MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Norris David Wolff, Esq.
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176

Rebecca Walker Embry, Esq.
Landman, Corsi, Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271

Asher Fensterheim, Esq.
Asher Fensterheim PLLC
660 White Plains Road
Tarrytown, NY 10591

Emily Alexandra Poler, Esq.
Lisa C. Cohen, Esq.
Schindler Cohen & Hochman
100 Wall Street, 15th Floor
New York, NY 10005